UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Alexis D Hill,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 26-06911<br><br>Chapter: 13<br>Honorable David D. Cleary |

**AGREED REPAYMENT ORDER IN SETTLEMENT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

This case is before the court on the motion of Movant, U.S. BANK TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR PL PRETIUM TRUST, to modify the automatic stay with respect to property 200 Linn Court Apt B, North Aurora, IL 60542. Movant and Debtor, through their attorneys, agree as follows in settlement of the Motion:

1. As of November 9, 2026, Debtor is delinquent and owing from August 1, 2026 to November 1, 2026, in the amount of $1,308.95 each. Less a suspense balance of $397.17. In addition, Attorney Fees & Costs in the amount of $1,549.00. The total delinquency to be cured is therefore $6,387.63.

| | |
|---|---|
| Four (4) missed mortgage payment at $1,308.95 each | $5,235.80 |
| Attorney Fees & Costs | $1,549.00 |
| Less Suspense Balance | (-$397.17) |
| Total | $6,387.63 |

2. In addition to the Debtors' regular monthly mortgage payment beginning December 1, 2026 in the amount of $1,308.95, Debtors agree to cure the post-petition delinquency in the amount of $6,387.63 by tendering the following payments by the corresponding dates:

a. $1,064.61 on or before December 15, 2026
b. $1,064.61 on or before January 15, 2027;
c. $1,064.61 on or before February 15, 2027;
d. $1,064.61 on or before March 15, 2027;
e. $1,064.61 on or before April 15, 2027;
f. $1,064.58 on or before May 15, 2027

The aforesaid payments shall be made payable to

Selene Finance LP
3501 Olympus Blvd Suite 500
Dallas, TX 75019
Creditor (32120145)

3. If Creditor does not receive any two payments required under Paragraph 2 by the date due, Creditor may issue a Notice of the Default stating the amount of the default and giving the debtor 14

days to cure the default. The Notice of Default must be filed with the court with a certificate of service on the debtor and the debtor's lawyer. If the debtor does not cure the default within 14 days from the filing date of the Notice of Default, then Creditor may file a Notice of Termination of the Stay with a certificate of service on the debtor and the debtor's lawyer. The filing of the Notice of Termination terminates the automatic stay to permit Creditor to exercise its in rem rights under non-bankruptcy law in the collateral, effective on the date the Notice of Termination is filed. The stay in Rule 4001(a)(4) does not apply to the Notice of Termination.

4. If Debtor brings the loan post-petition current within that 14-day period, proof of cure must be received by Secured Creditor's attorneys via e-mail, from the date the Notice of Default was sent.

5. Upon the third (3rd) filing of a Notice of Default, the stay will terminate without further order of the Court.

/s/ Kimberly Cambron
Attorney for Creditor

/s/ Lincoln M. King with express permission
Attorney for Debtor

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 20, 2026

**Prepared by:**

Kimberly Cambron, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Phone: (423) 498-7400 Direct (865) 219-3908
kcambron@raslg.com